WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC, Plaintiff–Counter Defendant–Appellee,

v.

TELEDYNE TECHNOLOGIES INC., Continental Motors, Inc., Defendants–Counter Claimants–Appellants,

Technify Motor (USA) Inc., et al., Defendants.

No. 14–12985.

United States Court of Appeals, Eleventh Circuit.

June 11, 2015.

Jackson Anthony Dial, Weinberg Wheeler Hudgins Gunn & Dial, LLC, Henry Lane Young, II, Hawkins Parnell Thackston & Young, LLP, Atlanta, GA, for Plaintiff–Appellee.

Donald Ross Andersen, David Charles Hricik, Taylor English Duma, LLP, Atlanta, GA, for Defendant–Appellant.

Before TJOFLAT, ANDERSON and SENTELLE,* Circuit Judges.

---

* Honorable David Bryan Sentelle, United States Circuit Judge for the District of Columbia Circuit, sitting by designation.

PER CURIAM:

Following our careful review of the record and the parties' briefs, and with the benefit of oral argument, we affirm the judgment of the District Court for the reasons set out in its September 9, 2013, and June 27, 2014, orders. *See* Doc. 133; Doc. 150.

AFFIRMED.